# EXHIBIT 6

Affidavit(s) of Due Diligence re: Jody Lake

# AFFIDAVIT OF DUE DILIGENCE

UNITED STATES DISTRICT COURT DISTRICT OF NEVADA
CLARK COUNTY, STATE OF NEVADA

GEOFF WINKLER, as Court-Appointed Receiver for J&J CONSULTING SERVICES INC., et al.,

Plaintiff(s)

v.

HUNTER JOHNSON, an individual; DAWN ANDERSON, an individual; VASSILIOS TSAGRINOS, an individual; STEPHANIE SHROCK, an individual; JODY LAKE an individual; SHERI GROSSBERG, an individual; et al.,

Defendant(s)

Case No.:2:26-cv-00992-JCM-NJK
Kyle A. Ewing, Esq. Bar No. 14051
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, 600
Las Vegas, NV 89135
(702) 792-3773
*Attorneys for the Plaintiff*

Client File# 209375.012000

I, Tanner Trewet, being sworn, states: That I am a licensed process server registered in Nevada. I received a copy of the Summons In A Civil Action; Complaint For Fraudulent Transfer, from GREENBERG TRAURIG, LLP

That attempts were made to serve Jody Lake with Summons In A Civil Action; Complaint For Fraudulent Transfer, at:

Attempted at [redacted] Henderson, NV 89052 On 6/13/2026 at 12:10 PM
Results: Spoke with: Trish Lake - she stated that defendant is her ex-husband and she has a Restraining Order with No Contact with him but provided his last known address: [redacted]

I being duly sworn, states: that all times herein, Affiant was and is over 18 years of age, not a party to or interested in the proceedings in which this Affidavit is made. I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Date: 6/19/26

Tanner Trewet
Registered Work Card# R- 2019-07712
State of Nevada

(No Notary Per NRS 53.045)

Service Provided for:
Nationwide Legal Nevada, LLC
610 S. 10th Street
Las Vegas, NV 89101
(702) 385-5444
Nevada Lic # 1656

Control #:NV334458
Reference: 209375.012000