# EXHIBIT 7

Work Order re: Jody Lake

NATIONWIDE LEGAL

PROCESS INSTRUCTIONS
PHONE (702) 385-5444
FAX (702) 385-1444

**NV334781**

**Server: Tanner Trewet**

**033 - SPECIAL PROCESS (IMMEDIATELY)**

**FIRM NAME: & ADDRESS:**
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, 600
Las Vegas NV, 89135

PHONE #:(702) 792-3773
FAX #:

CONTACT: Megan Sheffield EMAIL: sheffieldm@gtlaw.com
BILLING / FILE #: 209375.012000
DATE / RECEIVED: 6/15/2026

**CUST #: 210029**
**DUE DATE #:**
**HEARING DATE #:**

**COURT:**
UNITED STATES DISTRICT COURT DISTRICT OF NEVADA
333 LAS VEGAS BLVD., SOUTH, LAS VEGAS, NV 89101
CASE# 2:26-cv-00992
CASE TITLE: Geoff Winkler VS. Hunter Johnson et al.

**INSTRUCTIONS:**

Servee: **Jody Lake**

Home Address: [redacted]
**Henderson, NV 89011-2820**

Documents:
**Summons/Complaint;**

| DATE | TIME | DRIVER # | NOTES FROM SERVER(S) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Physical Description:
Age: Height: Skin: Hair:
Sex: Weight: Eyes:
Marks:

☐ Personal Service
☐ Substituted Service
☐ Not Served

Served To: ____________________ Title/Rel: ____________________
Served At: ____________________ Date: ____________________
____________________ Time: ____________________
____________________ Server:

order #: NV334781/WORKP4

NATIONWIDE LEGAL (StatusOnline.aspx?sessionid=15FAFF40-A765-402D-9EA7-C50EA6951F87)

# Work Order: NV334781

COMPLETE

## (EnterComment.aspx?sessionID=15FAFF40-A765-402D-9EA7-C50EA6951F87&workorder=A2BE9853A5ACA194-478) Status: ***NOT-SERVED***

**+** Case Details for Process Service

| | |
|---|---|
| **Contact:** | Megan Sheffield |
| **Date Received:** | 6/15/2026 |
| **Case:** | 2:26-cv-00992 |
| **Plaintiff:** | Geoff Winkler |
| **Defendant:** | Hunter Johnson et al. |
| **File Date:** | |
| **Documents Served:** | Summons/Complaint; |
| **Ref:** | 209375.012000 |
| **Attorney:** | Kyle A. Ewing, Esq. |
| **Court Name:** | UNITED STATES DISTRICT COURT DISTRICT OF NEVADA<br>333 LAS VEGAS BLVD., SOUTH<br>LAS VEGAS , NV 89101 |
| **Hearing Date:** | |
| **Judge:** | |
| **PDFs:** | Documents |

**+** Proof of Service

NATIONWIDE LEGAL (StatusOnline.aspx?sessionid=15FAFF40-A765-402D-9EA7-C50EA6951F87)

## Work Order: NV334781

COMPLETE

(EnterComment.aspx?sessionID=15FAFF40-A765-402D-9EA7-C50EA6951F87&workorder=A2BE9853A5ACA194-478) Status: ***NOT-SERVED***

+ Case Details for Process Service

+ Proof of Service

+ Invoicing

+ Diligence

6/18/2026

**4:20 PM** [redacted] Henderson, NV 89011-2820
36.1608077;-115.1393802
No answer at unit. Dog barking continues uninterrupted. Property management confirmed that there is a female resident that resides in the unit and that defendant has not been seen on property for a few weeks.

6/20/2026

**11:25 AM** [redacted] Henderson, NV 89011-2820
36.1451338;-115.1189022
No answer. Dog barking continues uninterrupted. Front desk confirmed that subject was just seen leaving the unit.

6/21/2026

**12:15 PM** [redacted] Henderson, NV 89011-2820
36.1192169;-115.1021558
Server confirmed with front desk via phone call that subject is currently inside of the unit. No answer at unit. Dog barking inside stops abruptly. Movement inside of peephole and activity behind the door. Occupants refusing to answer the door. Server waited at property for 30 minutes and knocked

on the door twice with the same result. Waited from 12 noon
12:30.

➕ Status Updates