**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Dian S. Tate, et al.,<br>Defendant(s). | Case No. 2:26-cv-00990-CDS-NJK<br>**Order**<br>[Docket No. 104] |
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Hunter Johnson, et al.,<br>Defendant(s). | Case No. 2:26-cv-00992-CDS-NJK<br>**Order**<br>[Docket Nos. 76, 79] |
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Arthur Kuan, et al.,<br>Defendant(s). | Case No. 2:26-cv-00993-CDS-NJK<br>**Order**<br>[Docket No. 24] |
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Stephen Hodges, et al.,<br>Defendant(s). | Case No. 2:26-cv-00995-CDS-NJK<br>**Order**<br>[Docket No. 227] |
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Yee Mar, et al.,<br>Defendant(s). | Case No. 2:26-cv-00996-CDS-NJK<br>**Order**<br>[Docket No. 91] |

| | |
|---|---|
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Matthew Sinnock,<br>Defendant(s). | Case No. 2:26-cv-00998-CDS-NJK<br>**Order**<br>[Docket No. 20] |
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>David Riske, et al.,<br>Defendant(s). | Case No. 2:26-cv-01000-CDS-NJK<br>**Order**<br>[Docket No. 176] |
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Giselle Bennett, et al.,<br>Defendant(s). | Case No. 2:26-cv-01001-CDS-NJK<br>**Order**<br>[Docket No. 215] |
| Geoff Winkler,<br>Plaintiff(s),<br>v.<br>Brett Taitz, et al.,<br>Defendant(s). | Case No. 2:26-cv-01003-CDS-NJK<br>**Order**<br>[Docket No. 43] |

On September 28, 2026, United States District Judge Cristina D. Silva issued a minute order that all deadlines for motions entered in these cases are stayed until further order of the court. In light of that order, the Court **DENIES** without prejudice the following requests:

- Docket No. 104 in Case No. 2:26-cv-00990
- Docket Nos. 76 and 79 in Case No. 2:26-cv-00992
- Docket No. 24 in Case No. 2:26-cv-00993
- Docket No. 227 in Case No. 2:26-cv-00995
- Docket No. 91 in Case No. 2:26-cv-00996

- Docket No. 20 in Case No. 2:26-cv-00998
- Docket No. 176 in Case No. 2:26-cv-01000
- Docket No. 215 in Case No. 2:26-cv-01001
- Docket No. 43 in Case No. 2:26-cv-01003

These motions may be renewed once Judge Silva lifts the stay. In addition, the Court **VACATES** the deadlines to file a discovery plan.

IT IS SO ORDERED.

Dated: September 28, 2026

Nancy J. Koppe
United States Magistrate Judge