**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Geoff Winkler,

Plaintiff(s),

v.

Hunter Johnson, et al.,

Defendant(s).

Case No. 2:26-cv-00992-CDS-NJK

**Order**

[Docket Nos. 90, 91]

Pending before the Court are the Receiver's motions to extend the time to serve Defendant Jody Lake and for service by publication. Docket Nos. 90, 91. Good cause exists to extend the time for service. *See* Fed. R. Civ. P. 4(m). With respect to service by publication, however, such relief is premature given the representations of likely service during the coming weeks in relation to a state court trial. *See, e.g.*, Docket No. 90 at 2. Accordingly, the Court **GRANTS** the motion to extend time. The Court **RESETS** the deadline to effectuate service on Defendant Lake to December 26, 2026. The Court **DENIES** as premature the motion for service by publication.

IT IS SO ORDERED.

Dated: November 2, 2026

Nancy J. Koppe
United States Magistrate Judge